Audra M. Mori, Bar No. 162850
Katherine M. Dugdale, Bar No. 168014
PERKINS COIE LLP
1888 Century Park E., Suite 1700
Los Angeles, CA  90067-1721
Telephone:  310.788.9900
Facsimile:  310.788.3399
Email:  AMori@perkinscoie.com
KDugdale@perkinscoie.com

R. Charles Henn Jr. (*Pro Hac Vice* App. Pending)
Charles H. Hooker III (*Pro Hac Vice* App. Pending)
Nichole Davis Chollet (*Pro Hac Vice* App.
Pending)
KILPATRICK STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309-4530
Telephone: (404) 815-6500
Facsimile: (404) 815-6555
Email: CHenn@KilpatrickStockton.com
CHooker@KilpatrickStockton.com
NChollet@KilpatrickStockton.com

Attorneys for Plaintiffs
ADIDAS AG and ADIDAS AMERICA, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADIDAS AMERICA, INC. and ADIDAS AG,<br><br>                    Plaintiffs,<br><br>          v.<br><br>VIGAFON SPORTS, INC., JORGE DE JESUS, individually and d/b/a FERNANDO SPORT, MECA IMPORTS INC., ROLANDO VILLAGRAN LOPEZ, doing business as MIR SPORTS, RICARDO RAMON, individually and d/b/a PREMIER SOCCER, and FELICITY USA INC.,<br><br>                    Defendants. | Case No.  10-CV-6702-ODW (PJWx)<br><br>**PERMANENT INJUNCTION**<br><br>*Stipulation for Permanent Injunction filed Concurrently Herewith* |

Based upon the Stipulation for Permanent Injunction between Plaintiffs adidas America, Inc. and adidas AG (collectively, "adidas") and Defendant Meca Imports Inc. ("Meca Imports"), and good cause appearing:

**IT IS HEREBY ORDERED** that:

1. Meca Imports and its owner and principal, Mr. Najam Javed, and all of their agents, officers, employees, representatives, successors, assigns, attorneys, and all other persons acting for, with, by, through, or under authority from them, or in concert or participation with them, shall be **PERMANENTLY ENJOINED and RESTRAINED**, from:

   a. importing, manufacturing, producing, advertising, promoting, displaying, distributing, offering for sale, or selling the Disputed Apparel;

   b. using the Three-Stripe Mark, or any other copy, reproduction, colorable imitation or simulation of adidas's Three-Stripe Mark on or in connection with the sale of athletic apparel;

   c. using any trademark, logo, design, or source designation of any kind on or in connection with Meca Imports' goods that is a copy, reproduction, colorable imitation, or simulation of, or confusingly similar to, adidas's Three-Stripe Mark;

   d. using any trademark, logo, design, or source designation of any kind on or in connection with Meca Imports' goods that is likely to cause confusion, mistake, deception, or public misunderstanding that such goods are produced or provided by adidas, are sponsored or authorized by adidas, or are in any way connected or related to adidas;

   e. using any trademark, logo, design, or source designation of any kind on or in connection with Meca Imports' goods that dilutes or is likely to dilute the distinctiveness of the trademarks or logos of adidas; and

21184-0085/LEGAL19220600.1

1    f.   passing off, palming off, or assisting in passing off or palming off

2         Meca Imports' goods as those of adidas, or otherwise continuing any

3         and all acts of unfair competition as alleged in this Complaint;

4    2.   This Court shall have continuing jurisdiction to enforce the provisions

5    of the Permanent Injunction.

6

7    DATED:  October 12, 2010

8

9    _____

10   The Honorable Otis D. Wright II
     United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

21184-0085/LEGAL19220600.1