1  Audra M. Mori, Bar No. 162850
   Katherine M. Dugdale, Bar No. 168014
2  PERKINS COIE LLP
   1888 Century Park E., Suite 1700
3  Los Angeles, CA  90067-1721
   Telephone:  310.788.9900
4  Facsimile:  310.788.3399
   Email:  AMori@perkinscoie.com
5  KDugdale@perkinscoie.com

6
7  R. Charles Henn Jr. (*Pro Hac Vice* App. Pending)
   Charles H. Hooker III (*Pro Hac Vice* App. Pending)
   Nichole Davis Chollet (*Pro Hac Vice* App.
8  Pending)
   KILPATRICK STOCKTON LLP
9  1100 Peachtree Street, Suite 2800
   Atlanta, GA 30309-4530
10 Telephone: (404) 815-6500
   Facsimile: (404) 815-6555
11 Email: CHenn@KilpatrickStockton.com
   CHooker@KilpatrickStockton.com
12 NChollet@KilpatrickStockton.com

13 Attorneys for Plaintiffs
   ADIDAS AG and ADIDAS AMERICA, INC.
14

15                UNITED STATES DISTRICT COURT

16                CENTRAL DISTRICT OF CALIFORNIA

17

| | |
|---|---|
| 18  ADIDAS AMERICA, INC. and ADIDAS AG, | Case No.  10-CV-6702-ODW (PJWx) |
| 19       Plaintiffs, | |
| 20       v. | **PERMANENT INJUNCTION** |
| 21  VIGAFON SPORTS, INC., JORGE DE JESUS, individually and d/b/a FERNANDO SPORT, MECA IMPORTS INC., ROLANDO VILLAGRAN LOPEZ, doing business as MIR SPORTS, RICARDO RAMON, individually and d/b/a PREMIER SOCCER, and FELICITY USA INC., | *Stipulation for Permanent Injunction filed Concurrently Herewith* |
| 26       Defendants. | |

28

21184-0085/LEGAL19220600.1

Based upon the Stipulation for Permanent Injunction between Plaintiffs adidas America, Inc. and adidas AG (collectively, "adidas") and Defendant Ricardo Ramon, individually and doing business as Premier Soccer ("Premier Soccer"), and good cause appearing:

**IT IS HEREBY ORDERED** that:

1. Premier Soccer and all of their agents, officers, employees, representatives, successors, assigns, attorneys, and all other persons acting for, with, by, through, or under authority from it, or in concert or participation with it, shall be **PERMANENTLY ENJOINED and RESTRAINED**, from:

    a. importing, manufacturing, producing, advertising, promoting, displaying, distributing, offering for sale, or selling the Disputed Apparel;

    b. using the Three-Stripe Mark, or any other copy, reproduction, colorable imitation or simulation of adidas's Three-Stripe Mark on or in connection with the sale of athletic apparel;

    c. using any trademark, logo, design, or source designation of any kind on or in connection with Meca Imports' goods that is a copy, reproduction, colorable imitation, or simulation of, or confusingly similar to, adidas's Three-Stripe Mark;

    d. using any trademark, logo, design, or source designation of any kind on or in connection with Meca Imports' goods that is likely to cause confusion, mistake, deception, or public misunderstanding that such goods are produced or provided by adidas, are sponsored or authorized by adidas, or are in any way connected or related to adidas;

    e. using any trademark, logo, design, or source designation of any kind on or in connection with Premier Soccer's goods that dilutes or is

            likely to dilute the distinctiveness of the trademarks or logos of adidas; and

    f.  passing off, palming off, or assisting in passing off or palming off Premier Soccer's goods as those of adidas, or otherwise continuing any and all acts of unfair competition as alleged in this Complaint;

2.  This Court shall have continuing jurisdiction to enforce the provisions of the Permanent Injunction.

DATED: October 21, 2010

_____
The Honorable Otis D. Wright II
United States District Judge