UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 10-6702 ODW(PJWx) | Date | May 11, 2011 |
|---|---|---|---|
| Title | Adidas America, Inc. et al v. Vigafon Sports, Inc. et al | | |

| Present: | The Honorable Otis D. Wright II, United States District Judge | |
|---|---|---|
| Raymond Neal | Not Present | n/a |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings (IN CHAMBERS):**     Order to Show Cause re Dismissal for Lack of Prosecution After Entry of Default

Plaintiff is ordered to show cause in writing no later than **Wednesday, May 25, 2011** why this action should not be dismissed for lack of prosecution as to defendant Felicity USA, Inc.. Default against defendant Felicity USA, Inc. was entered by the Clerk on May 5, 2011 [60].

The Court will consider the filing of the following as an appropriate response to this OSC, on or before the above date:

> **1. Plaintiff's filing of a noticed motion for entry of default judgment against defendant Felicity USA, Inc.**

Pursuant to Rule 78 of the Federal Rules of Civil Procedure and L.R. 7-15, no oral argument of this Order to Show Cause will be heard unless ordered by the Court.  The

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 10-6702 ODW(PJWx) | Date | May 11, 2011 |
|---|---|---|---|
| Title | Adidas America, Inc. et al v. Vigafon Sports, Inc. et al | | |

Order will stand submitted upon the filing of a responsive pleading or motion on or before the date upon which a response by plaintiff(s) is due. Failure to respond to the Court's order may result in the dismissal of this action.

                                                                                                  : 00

Initials of Preparer    RGN

cc:    Mr. Tariq Aziz
        Felicity USA, Inc.
        326 Boyd Street #D
        Los Angeles, CA 90013

        I certify that a copy of this minute order was delivered to Felicity USA, Inc.
        on this date via U.S. Mail. R. Neal 5/11/11